**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

BRENDA KOZLOWSKY,

        Plaintiff,

v.                                CASE NO. 5:08cv319-SPM/AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

THIS CAUSE comes before the court on the Magistrate Judge's Report and Recommendation (doc. 17).  The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, it is hereby ORDERED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 17) is

           ADOPTED and incorporated by reference in this order.

    2.    Defendant's amended motion to dismiss (doc. 16) is ***granted***.

    3.    This case is dismissed as being untimely.

DONE AND ORDERED this <u>twenty-ninth</u> day of May, 2009.

        *s/ Stephan P. Mickle*

        Stephan P. Mickle
        United States District Judge